UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD MARCUM                                                                                       PLAINTIFF

v.                                               No. 2:22-cv-2160

SARAH CAPP, *et al.*                                                                           DEFENDANTS

### ORDER

The Court has received a report and recommendation (Doc. 5) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends that Plaintiff's motion to extend time (Doc. 4) be denied, and that Plaintiff's complaint (Doc. 1) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's motion to extend time (Doc. 4) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE